FILED
March 7, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )          Case No. 2:06-mj-67 KJM
v.                        )
                          )          ORDER FOR RELEASE OF
                          )          PERSON IN CUSTODY
Jessica Mayoral,          )
                          )
_____)
            Defendant.

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Jessica Mayoral  Case No. 2:06-mj-67 KJM

_ from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

     __   Release on Personal Recognizance

     __   Bail Posted in the Sum of _____

          X   $25,000 Unsecured Appearance Bond

          __   Appearance Bond with 10% Deposit

          __   Appearance Bond secured by Real Property

          __   Corporate Surety Bail Bond

          X   (Other) PTS conditions/supervision

Issued at  Sacramento, CA  on 3/7/06  at 2:35 p.m.

By _____
   Kimberly J. Mueller
   United States Magistrate Judge