FILED

March 7, 2006

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )        Case No.  2:06-mj-67 KJM
                                    )
v.                                  )        ORDER FOR RELEASE OF
                                    )        PERSON IN CUSTODY
Jessica Mayoral,                    )
                                    )
_____)
            Defendant.

TO:   UNITED STATES MARSHAL:

      This is to authorize and direct you to release _Jessica Mayoral_  Case No. _2:06-mj-67 KJM_

_ from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

      ___     Release on Personal Recognizance

      _       Bail Posted in the Sum of _____

            _X_    $25,000 Unsecured Appearance Bond

            _      Appearance Bond with 10% Deposit

            _      Appearance Bond secured by Real Property

            _      Corporate Surety Bail Bond

            _X_    (Other) _PTS conditions/supervision_

      Issued at  _Sacramento, CA_  on _3/6/06_       at  _2:35 p. m._

                              By  _____

                                  Kimberly J. Mueller
                                  United States Magistrate Judge