FILED
July 24, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>Jessica Mayoral,<br><br>    Defendant. | Case No. 2:06-cr-101 MCE<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Jessica Mayoral</u> Case No. <u>2:06-cr-101 MCE</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of _____

    _X_  $25,000 Unsecured Appearance Bond

    __  Appearance Bond with 10% Deposit

    __  Appearance Bond secured by Real Property

    __  Corporate Surety Bail Bond

    _X_  (Other) <u>Defendant to be released on 7/25/06 by 8:30 a.m. to PTS Officer to be transported to in-patient drug treatment program; defendant subject to PTS conditions/supervision</u>

Issued at <u>Sacramento, CA</u> on <u>7/24/06</u> at <u>1:50 p.m.</u>

By _____
Kimberly J. Mueller
United States Magistrate Judge