CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95814
Telephone: (916) 622-1703
Fax: (916) 443-5084

Attorney for Defendant
JESSICA MAYORAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. S 06-101 MCE |
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) |
| JESSICA MAYORAL, | ) |
| Defendant. | ) Hon.  Edmund F. Brennan |

    Defendant, Jessica Mayoral, through Christopher Haydn-Myer, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Michael Beckwith, and the United States Pre-Trial Services Division, through Gina Faubion agree as follows:

    It is agreed that Jessica Mayoral is to remain released from custody on the unsecured appearance bond in the amount of $25,000.00 previously set by the Hon. Kimberly J. Muller on March 7, 2006, pursuant to the terms and conditions previously imposed by this Court on June 28, 2006.  Further, it is agreed to by the parties that Ramon L. Hernandez be removed as Jessica Mayoral's surety and third-party custodian.

////

1   The stipulation and proposed order are necessary because counsel
2 received a phone call from co-defendant Sonny Martinez on October 30,
3 2006, requesting that his grandparents (Mr. and Mrs. Hernandez) no
4 longer be financially responsible for Jessica Mayoral.

5   Evidently, Jessica Mayoral and Sonny Martinez were romantically
6 involved, and their union resulted in children.  Jessica Mayoral
7 recently underwent sixty days of drug counseling and detoxification.
8 After the counseling and detoxification, Ms. Mayoral concluded that she
9 and Sonny Martinez were better off separated.  The separation,
10 initiated by Ms. Mayoral, resulted in a change of position by Mr.
11 Hernandez.  He no longer considers Ms. Mayoral a recognized part of the
12 Hernandez' family.

13   Counsel immediately spoke with Pre-Trial Service Agent Gina
14 Faubion about the changed circumstance.  Ms. Faubion, of course, was
15 well informed of the situation and Jessica Mayoral's successful
16 completion of drug counseling.  Ms. Faubion is in agreement with the
17 proposed stipulation and order.  Counsel also immediately spoke with
18 Mr. Michael Beckwith, and he is in agreement with the proposed
19 stipulation and order.

20 Dated: December 20, 2006            /s/ Christopher Haydn-Myer
                                      CHRISTOPHER HAYDN-MYER
21                                    Attorney for Jessica Mayoral

22
   DATED: December 20, 2006           /S/ Chris Haydn-Myer for
23                                    MICHAEL BECKWITH
                                      Assistant U.S. Attorney
24

25 DATED: December 20, 2006           /S/ Chris Haydn-Myer for
                                      GINA FAUBION
26                                    Pre-Trial Services Agent

27

28                                    2

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS ORDERED that Jessica Mayoral is to remain released from custody on the unsecured appearance bond in the amount of $25,000.00 previously set by the Hon. Kimberly J. Muller on March 7, 2006, pursuant to the terms and conditions previously imposed by this Court on June 28, 2006.

Furthermore, it is ordered that Ramon L. Hernandez be removed as Jessica Mayoral's surety and third-party custodian.

IT IS SO ORDERED

DATED: December 20, 2006.

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge

3