MICHAEL D. LONG
Attorney at Law
State Bar No. 149475
721 Ninth Street, Suite 250
Sacramento, CA 95814
(916) 447-1920; Fax: (916) 447-1940
Long_5999@msn.com

Attorney for Defendant
LORETTA ARRENDONDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | 2:06-cr-0101-MCE |
| Plaintiff, | |
| vs. | **ORDER** |
| **LORETTA ARRENDONDO, JAMIE HERNANDEZ and JESSICA MAYORAL,** | |
| Defendants. | |
| | Judge: Hon. Morrison C. England |

**IT IS HEREBY ORDERED** that the sentencing hearing for Loretta Arrendondo, Jamie Hernandez and Jessica Mayoral, currently set for February 20, 2007, is re-set for sentencing on February 27, 2007, at 8:30 a.m.

Dated: February 13, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE